UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

UNITED STATES,

v.

MICHAEL DAVID MITCHELL,

Defendant.

Action No. 3:09–CR–425

ORDER

THIS MATTER is before the Court on defendant Michael David Mitchell's uncontested Motion to Reconsider Restitution. (Doc. No. 18.) Having considered the filings of both Defendant and the United States, it is the conclusion of the Court that the Judgment of March 18, 2010 (Doc. No. 20), imposing restitution in the amount of $187,895.90, is HEREBY AMENDED to impose a restitution amount of $29,474.90.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/
James R. Spencer
Chief United States District Judge

ENTERED this  26th  day of April 2010.